[No. 39144-5-I.    Division One.    June 2, 1997.]

JOSEPH THOMAS RIVAS, *Respondent*, v. DEBORAH SOO JUNG, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-2-01113-9, Stanley K. Bruhn, J., entered July 29, 1996. *Reversed* by unpublished per curiam opinion.

[No. 15366-5-III.    Division Three.    June 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. STEWART, *Petitioner*.

Appeal from a judgment of the Superior Court for Chelan County, No. 93-1-00342-1, John E. Bridges, J., entered December 6, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15396-7-III.    Division Three.    June 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01507-2, Susan L. Hahn, J., entered December 12, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14839-4-III.    Division Three.    June 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE SHULL, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 95-1-00002-1, Robert L. Harris, J., entered March 22, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.